IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHECKPOINT SYSTEMS, INC.** : **CIVIL ACTION**
:
v. :
:
**ALL-TAG SECURITY S.A., et al.** : NO. 01-cv-2223

## JUDGMENT

**AND NOW**, this 25th day of September, 2008, judgment is hereby entered in favor of All-Tag Security SA and All-Tag Security Americas, Inc., and against Checkpoint Systems, Inc., in the amount of $74,303.82.

_____
**MICHAEL E. KUNZ**
**CLERK OF COURT**