# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.** | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO.  01-CV-2223 |
| v. | : | |
| | : | |
| **ALL-TAG SECURITY S.A., ET AL.** | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this ____ day of October, 2011, upon consideration of Defendant All-tag's Documents in Support of Attorneys' Fees and Costs (Docs. 304 and 305), Defendant Sensormatic's Documents in Support of Attorneys' Fees and Costs (Doc. 306), and Plaintiff's Objections thereto (Doc. 307), **IT IS HEREBY ORDERED** that:

1. Plaintiff shall pay Defendant All-tag's Attorneys' Fees and Costs in the amount of $2,432,572.77.

2. Plaintiff shall pay Defendant Sensormatic's Attorneys' Fees and Costs in the amount of $4,151,147.21.

                                **BY THE COURT:**

                                ___S/ PETRESE B. TUCKER____
                                **Hon. Petrese B. Tucker, U.S.D.J.**