IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **ALL-TAG SECURITY S.A., et al.** | : | NO. 01-2223 |
| Defendants. | : | |
| | : | |

# ORDER

**AND NOW,** this __18th__ day of August, 2015, upon consideration of Defendants' Proposed Findings of Fact and Conclusions of Law on Defendants' Renewed Motions for Exceptional Case Findings and for Attorney's Fees Pursuant to 35 U.S.C. § 285 (Doc. 341), Plaintiff's Proposed Findings of Fact and Conclusions of Law in Opposition to Defendants' Motions (Doc. 346), the parties' oral arguments, and the record of the case, **IT IS HEREBY ORDERED AND DECLARED** that Defendants' Renewed Motions are **GRANTED.**

**IT IS FURTHER ORDERED** that this case is exceptional under 35 U.S.C. § 285 and that Plaintiff Checkpoint Systems, Inc. shall pay $2,432,572.77 to All-Tag Security S.A., with post-judgment interest, and $4,151,147.21 to Sensormatic Electronics Corp, with post-judgment interest.[1]

**IT IS FURTHER ORDERED** that Defendants are to submit to the Court and Plaintiff an amended bill of attorney fees and expenses incurred since November 2, 2011 within fourteen (14) days of this Order and Plaintiff shall file any objections to the bill of attorney fees and expenses within fourteen (14) days thereafter.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 18, 2015.

1

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.C.J.**

2