IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **ALL-TAG SECURITY S.A., et al.** | : | NO. 01-2223 |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this __2nd__ day of December, 2015, in accordance with this Court's August 18, 2015 Order and Opinion, and upon consideration of Defendants' All-Tag Security Americas, Inc., All-Tag Security S.A., and Kobe Properties SARL's Supplemental Bill of Attorney Fees and Expenses and accompanying documentation (Doc. 353-354), Defendant Sensormatic Electronics Corporation's Supplemental Bill of Attorney Fees and Expenses and accompanying documentation (Doc. 355-356), Plaintiff Checkpoint Systems, Inc.'s ("Checkpoint") Objections (Doc. 358-359), and Defendant Sensormatic Electronics Corporation's Reply thereto, **IT IS HEREBY ORDERED AND DECREED** the following:

1) Plaintiff Checkpoint shall pay to Defendant Kobe Properties SARL $312,815.96 in attorney fees and expenses less fees and expenses incurred prior to and including February 20, 2009, along with prejudgment interest at a simple rate of 6% and post-judgment interest at the statutory rate of 0.39% in accordance with 28 U.S.C. § 1961;

2) Plaintiff Checkpoint shall pay to Defendant Sensormatic Electronics Corporation $692,657.19 in attorney fees and expenses less fees and expenses incurred prior to and including February 23, 2009, along with prejudgment interest at a simple rate

1

        of 6% and post-judgment interest at the statutory rate of 0.39% in accordance with 28 U.S.C. § 1961; and

3)     the parties shall confer about the appropriate calculation of the award of attorney fees, expenses, prejudgment interest, and post-judgment interest based on this Court's findings and submit a stipulation to this Court no later than **seven (7) days** after the date of this Order.  If the parties cannot agree, each side shall submit a brief setting forth its proposed calculation and amount of award no later than **fourteen (14) days** after the date of this Order.[1]

        **BY THE COURT:**

        /s/ Petrese B. Tucker
        _____
        **Hon. Petrese B. Tucker, U.S.C.J.**

---

[1] This Order accompanies this Court's Memorandum Opinion dated December 2, 2015.