IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHECKPOINT SYSTEMS, INC.<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| ALL-TAG SECURITY S.A., et al.<br>    Defendants. | : | NO. 01-2223 |

## ORDER

AND NOW, this 21st day of December, 2015, **IT IS HEREBY ORDERED AND DECREED** that:

1. **JUDGMENT** is **ENTERED** for Defendants All-Tag Security S.A., All-Tag Security Americas, Inc., and Kobe Properties SARL and against Plaintiff Checkpoint Systems, Inc. in the amount of $3,791,267.10 with post-judgment interest.

2. **JUDGMENT** is **ENTERED** for Defendant Sensormatic Electronics Corporation and against Plaintiff Checkpoint Systems, Inc. in the amount of $6,474,102.74 with post-judgment interest.

BY THE COURT:

_/s/ Petrese B. Tucker_
**Hon. Petrese B. Tucker, U.S.C.J.**

1