## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHECKPOINT SYSTEMS, INC.** | :    **CIVIL ACTION** |
| **v.** | : |
| **ALL-TAG SECURITY, SA, et al.** | :    **NO. 01-cv-2223** |

### CLERK'S SECOND TAXATION OF COSTS

Plaintiff brought this civil action against defendants on May 7, 2001.

Judgment was entered in favor of defendants, who filed bills of costs on June 20, 2008. On September 26, 2008, the Clerk of this Court entered a taxation of costs opinion and accompanying judgments which taxed costs in favor of the defendants.

On February 20, 2009, defendant All-Tag Security, SA, filed a "Bill of Attorney Fees and Expenses." On August 27, 2015, defendant All-Tag Security, SA, filed a "Supplemental Bill of Attorney Fees and Expenses." Both of these documents were considered by this court and the court entered appropriate responsive orders.

On this date, June 12, 2017, this Clerk was made aware for the first time that All Tag Security SA's aforesaid filings of February 20, 2009 and August 27, 2015 were mistakenly docketed as "Bills of Costs" by the Clerk's Office. Accordingly, the Clerk's Office shall correct the docket in this case to reflect that Document #304 was a "Bill of Attorney Fees and Expenses" and not a Bill of Costs, and to reflect that Document #353 was a "Supplemental Bill of Attorney Fees and Expenses" and not a Bill of Costs.

                                                                  **KATE BARKMAN**
                                                                   **Clerk of Court**

**By:** _____
           **Kevin A. Dunleavy, Esquire**
           **Staff Attorney to the Clerk of Court**

**JUNE 12, 2017**