## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| **ALL-TAG SECURITY S.A., et al.,** | : | **NO. 01-2223** |
| Defendants. | : | |

## ORDER

**AND NOW**, this _7th_____ day of August, 2018, upon consideration of Checkpoint System, Inc.'s Motion to Lift Stay and Tax Costs Requested in Checkpoint's Second Bill of Costs (Doc. 389), Defendants' Opposition to Motion to Lift Stay and Tax Costs Requested in Checkpoint's Second Bill of Costs (Doc. 390), Checkpoint Systems, Inc.'s Memorandum in Support of its Motion to Lift Stay and Tax Costs Requested in Checkpoint's Second Bill of Costs (Doc. 393), and Defendants' Memorandum of Law in Support of their Opposition to Motion to Lift Stay and Tax Costs Requested in Checkpoint's Second Bill of Costs (Doc. 394), **IT IS HEREBY ORDERED AND DECREED** that Checkpoint System, Inc.'s Motion (Doc. 389) is **GRANTED** as follows:

1. The stay in this matter is **LIFTED**;
2. Costs are taxed against Defendants in the full amount requested in (Doc. 382); and
3. Judgment is entered against Defendants jointly and severally in the amount of $276,164.64.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**