IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHECKPOINT SYSTEMS, INC., : | |
| : | |
| Plaintiff, : | Civil Action |
| : | No. 01-CV-2223 |
| v. : | |
| : | Judge Petrese B. Tucker |
| ALL-TAG SECURITY S.A., : | |
| ALL-TAG SECURITY AMERICAS, INC., : | |
| SENSORMATIC ELECTRONICS : | Electronically Filed |
| CORPORATION and KOBE PROPERTIES : | |
| SARL, : | |
| : | |
| Defendants. : | |

**DEFENDANTS ALL-TAG SECURITY S.A., ALL-TAG SECURITY AMERICAS, INC., SENSORMATIC ELECTRONICS CORPORATION, AND KOBE PROPERTIES SARL'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S AUGUST 7, 2018 ORDER**

Pursuant to Local Rule 7.1, Defendants, by and through their undersigned

counsel, move for partial reconsideration of the Court's August 7, 2018 Order (Dkt. 397)

for the reasons set forth in the accompanying Memorandum of Law.

/s/*Theodore A. Breiner*                          /s/*M. Kelly Tillery*

Theodore A. Breiner                              M. Kelly Tillery
BREINER & BREINER, L.L.C.                        Erik N. Videlock
115 North Henry Street                           PEPPER HAMILTON LLP
Alexandria, Virginia  22314-2903                 3000 Two Logan Place
(703) 684-6885; Fax: (703) 684-8206              Eighteenth and Arch Streets
                                                 Philadelphia, Pennsylvania 19103
Tracy Zurzolo Quinn                              (215) 981-4000; Fax: (215) 981-4750
HOLLAND & KNIGHT LLP
2929 Arch Street                                 *Attorneys for Defendant Sensormatic*
Philadelphia, Pennsylvania 19104                 *Electronics Corporation*
(215) 252-9600

*Attorneys for Defendants All-Tag Security*
*S.A., All-Tag Security Americas, Inc., and*
*Kobe Properties SARL*

Dated: August 17, 2018