# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO. 01-2223** |
| **ALL-TAG SECURITY S.A., et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this ___25th___ day of February, 2019, upon consideration of Defendants' Motion for Partial Consideration (Doc. 398), and Plaintiff's Response in Opposition (Doc. 399), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**