# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 01-2223 |
| | : | |
| **ALL-TAG SECURITY S.A., et al.,** | : | |
| **Defendants** | : | |

## JUDGMENT

**AND NOW**, this 5th day of March, 2019, judgment is hereby entered in favor of Plaintiff Checkpoint Systems, Inc., and against Defendants All-Tag Security S.A., All-Tag Security Americas, Inc., Kobe Properties SARL, and Sensormatic Electronics Corporation, jointly and severally, in the amount of $276,164.64.

                                                  KATE BARKMAN
                                                  Clerk of Court

By:    s/ Terry Milano
           Deputy Clerk